CLOSED, LRJ

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:08-cv-80179-KAM**
**Internal Use Only**

Randall et al v. Davol, Inc. et al
Assigned to: Judge Kenneth A. Marra
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/22/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kenneth P. Randall** represented by

**Brenda S. Fulmer**
Alley Clark Greiwe & Fulmer
701 E Washington Street
PO Box 3127
Tampa, FL 33601-3127
813-222-0977
Fax: 813-224-0373
Email: bfulmer@tampatriallawyers.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Todd Alley**
Alley & Ingram
701 E Washington Street
Tampa, FL 33602
813-222-0977
Fax: 224-0373
Email: talley@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Guy Greiwe**
Alley Clark Greiwe & Fulmer
701 E Washington Street
PO Box 3127
Tampa, FL 33601-3127
813-222-0977
Fax: 813-224-0373
Email:
dgreiwe@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Clark**
Alley Clark Greiwe & Fulmer
701 E Washington Street
PO Box 3127
Tampa, FL 33601-3127
813-250-0608
Fax: 229-7982
Email: jclark@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl M. Randall**
*his wife*

represented by **Brenda S. Fulmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Todd Alley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Guy Greiwe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2008 | 1 | COMPLAINT against Davol, Inc., and C.R. Bard, Inc. Filing fee $350. Receipt No. 723779, filed by Kenneth P. Randall, and Cheryl M. Randall.(caw) (Entered: 02/25/2008) |
| 02/22/2008 | 2 | Summons Issued as to Davol, Inc., and C.R. Bard, Inc. (caw) (Entered: 02/25/2008) |
| | | |

| | | |
|---|---|---|
| 02/27/2008 | 3 | Order Requiring Counsel to Confer and File Joint Scheduling Report.Signed by Judge Kenneth A. Marra on 2/27/08.(ir) (Entered: 02/27/2008) |
| 04/01/2008 | 4 | CONDITIONAL TRANSFER ORDER (CTO-16) transferring case to the District of Rhode Island re: MDL # 1842 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Mary M. Lisi. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 04/01/2008) |
| 04/01/2008 | | ***Civil Case Terminated. (de) (Entered: 04/01/2008) |
| 04/03/2008 | 5 | CONDITIONAL TRANSFER ORDER (CTO-16) transferring case to the District of Rhode Island re: MDL # 1842 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Mary M. Lisi. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 04/03/2008) |
| 04/03/2008 | 6 | Clerks Note: Pursuant to the MDL Transfer Order, we are transferring the case to the District of Rhode Island. The District of Rhode Island will receive the requested PDF documents (Complaint, Docket Sheet, and MDL Transfer Order) for the transfer of the case via electronic mail per Barbara Barletta/RID/01/USCOURTS.(de) (Entered: 04/03/2008) |